IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GREEN TREE COMMUNITY HEALTH FOUNDATION** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ADMIRAL INSURANCE COMPANY** | : | **NO. 21-3137** |

## ORDER

**NOW**, this 10th day of August, 2022, upon consideration of Admiral Insurance Company's Motion for Summary Judgment (Doc. No. 27), the plaintiff's response, and the defendant's reply, and Plaintiff Green Tree Community Health Foundation's Motion for Partial Summary Judgment (Doc. No. 26), the defendant's response, and the plaintiff's reply, it is **ORDERED** as follows:

1. Admiral Insurance Company's Motion for Summary Judgment is **GRANTED**;

2. Plaintiff Green Tree Community Health Foundation's Motion for Partial Summary Judgment is **DENIED**;

3**.** It is **DECLARED** that Admiral Insurance Company has no duty to defend or indemnify Green Tree Community Health Foundation in *T.L., et al. v. CHHS Hospital Co., et al*., November Term 2019, No. 2814 (Ct. Com. Pl. Phila. Cnty.); and

4. **JUDGMENT** is entered in favor of the defendant Admiral Insurance Company and against the plaintiff Green Tree Community Health Foundation.

/s/ TIMOTHY J. SAVAGE J.